## APPEALS ACCEPTED FOR REVIEW

**2004–1738. Parsons v. Ohio Bur. of Workers' Comp.**

Franklin App. No. 03AP–772, 2004-Ohio-4552.

O'Donnell and Lanzinger, JJ., dissent.

**2004–1743. Gamble v. Norwood.**

Hamilton App. No. C–040019, 2004-Ohio-4661. Discretionary appeal accepted.

Pfeifer and Lanzinger, JJ., dissent.

On motion for admission pro hac vice of Scott Bullock, Robert W. Gall, William H. Mellor, and Dana Berliner by Robert P. Malloy. Motion granted.

**2004–1769. Oriana House, Inc. v. Montgomery.**

Franklin App. No. 03AP–1178, 2004-Ohio-4788. Discretionary appeal accepted on Propositions of Law I and III.

Resnick, O'Connor and O'Donnell, JJ., dissent.

**2004–1824. Marrone v. Phillip Morris, USA, Inc.**

Medina App. No. 03CA0120–M, 2004-Ohio-4874. Discretionary appeal accepted on Proposition of Law I.

Pfeifer, J., dissents.

Resnick, J., not participating.

On motion for admission pro hac vice of Robert C. Heim, Ezra D. Rosenberg, Judy L. Leone, and Ronnie E. Fuchs by Irene C. Keyse–Walker and motion for admission pro hac vice of Gerson H. Smoger by Russell Smith. Motions granted.

Resnick, J., not participating.